## ELECTRONIC RECORD

**444-15**

COA # 02-14-00041-CR          OFFENSE: 1

STYLE: Dezmone Pinkston v. The State of Texas          COUNTY: Tarrant

COA DISPOSITION:     AFFIRMED          TRIAL COURT: Criminal District Court No. 3

DATE: 03/19/15          Publish: NO     TC CASE #:     1329761D

## IN THE COURT OF CRIMINAL APPEALS

STYLE: Dezmone Pinkston v. The State of Texas          CCA #: **444-15**

_____ _State's_ _____ Petition          CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:          DATE: _____

_REFUSED_          JUDGE: _____

DATE: _06/24/15_          SIGNED: _____          PC: _____

JUDGE: _Per Curiam_          PUBLISH: _____          DNP: _____

----------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**